

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,

-vs-

D-1   ALI NASER MUAALLA,

                    Defendant.

_____/

Case: 2:15-cr-20271
Judge: Hood, Denise Page
MJ: Patti, Anthony P.
Filed: 05-06-2015 At 10:22 AM
INFO USA v MUAALLA (kaw)

Offense:  7 U.S.C. § 2024(b),
food stamp fraud > $100

# **INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

## **COUNT ONE**
(7 U.S.C. § 2024(b) – Food Stamp Fraud)

D-1   ALI NASER MUAALLA

From approximately May 2009 to November 2013, in the Eastern District of Michigan, Southern Division, **ALI NASER MUAALLA**, defendant herein, did knowingly acquire and use food stamp benefits

having a value of over $100.00 in a manner contrary to federal law, in

violation of Section 2024(b) of Title 7 of the United States Code.

BARBARA L. MCQUADE
United States Attorney

/s/John K. Neal
JOHN K. NEAL
Assistant United States Attorney
Chief, White Collar Crime Unit

/s/Stephen L. Hiyama
STEPHEN L. HIYAMA
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan   48226-3220
phone:   313-226-9674
e-mail:  stephen.hiyama@usdoj.gov
bar no.:  P32236

Date:   May 6, 2015

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cove** | Case:2:15-cr-20271<br>Judge: Hood, Denise Page<br>MJ: Patti, Anthony P.<br>Filed: 05-06-2015 At 10:22 AM<br>INFO USA v MUAALLA (kaw) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Reassignment/Recusal Information This matter was opened in the USAO prior to August 15, 2008   [  ]

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes      ☒ No | **AUSA's Initials:** SLH |

**Case Title:** USA v. ALI NASER MUAALLA

**County where offense occurred :** Wayne

**Check One:**      ☒ **Felony**          ☐ **Misdemeanor**          ☐ **Petty**

_____Indictment/_____Information --- **no** prior complaint.
_____Indictment/__✓__Information --- based upon prior complaint [Case number: 14-mj-30143                     ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____      **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

May 6, 2015
_____
Date

Stephen L. Hiyama
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9674
Fax:    313-226-0816
E-Mail address: stephen.hiyama@usdoj.gov
Attorney Bar #:  P32236

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.                     04/13